# EXHIBIT D

BOIK, MICHELE
05/25/2018                                                                          Page 1

```
 1                 IN THE DISTRICT COURT OF THE UNITED STATES

 2                    FOR THE EASTERN DISTRICT OF MICHIGAN

 3                              SOUTHERN DIVISION

 4

 5    ROBERT HUFF,

 6                     Plaintiff,

 7       vs.                        Case No. 2:17-cv-13556-SFC-EAS

 8

 9    VELO ASSOCIATES, PLC, ET AL.,

10                     Defendants.

11    _____

12

13

14    The Deposition of MICHELE BOIK,

15    Taken at 43695 Michigan Avenue,

16    Canton, Michigan,

17    Commencing at 10:57 a.m.,

18    Friday, May 25, 2018,

19    Before Joanne Smith, CSR-3099.

20

21

22

23

24

25
```

BOIK, MICHELE
05/25/2018                                                                                    Page 2

```
 1    APPEARANCES:

 2

 3    CURTIS C. WARNER

 4    Warner Law Firm, LLC

 5    350 South Northwest Highway

 6    Park Ridge, Illinois  60068

 7    847.701.5290

 8    cwarner@warner.legal

 9        Appearing on behalf of the Plaintiff.

10

11    KATRINA M. DeMARTE

12    Brock & Scott

13    2723 South State Street, Suite 150

14    Ann Arbor, Michigan  48104

15    734.222.5179

16    katrinamariedemarte@gmail.com

17        Appearing on behalf of the Defendant.

18

19    DAVID W. WILLIAMS

20    Jaffe Raitt Heuer & Weiss, PC

21    27777 Franklin Road, Suite 2500

22    Southfield Michigan 48034

23    248.351.3000

24    dwilliams@jaffelaw.com

25        Appearing on behalf of Sun Homes.
```

BOIK, MICHELE
05/25/2018                                                                        Page 8

```
 1                    MR. WILLIAMS:  You can answer the question.

 2    BY MR. WARNER:

 3    Q.   Is it like highrises?  Is it mobile homes?

 4    A.   Mobile homes.

 5    Q.   Thank you.  Does -- does Sun Homes, to the best of

 6         your knowledge, does it enter into any types of

 7         contracts?

 8    A.   Lease agreements, yes.

 9    Q.   Lease agreements are one.  And that's for -- is Sun

10         Homes only for mobile home residences?

11    A.   Mobile homes and we have RV parks as well.

12    Q.   Okay.  With the RV parks, it's lot rent?

13    A.   Lot rents, site rent.  It depends if they're leasing

14         the home or if they own the home and they're leasing

15         the site from us.

16    Q.   So it could be -- As far as the RV's, there would be

17         then -- would there be one or two leases, one for

18         let's say renting the RV and another one for the lot?

19    A.   Typically in an RV they bring their own RV into the

20         community.

21    Q.   All right.  Typically?

22    A.   Right.

23    Q.   But if not, there would be two leases; correct?

24    A.   Yes.

25    Q.   Okay.  And for the, the mobile homes, is there two
```

BOIK, MICHELE
05/25/2018                                                              Page 9

```
 1          leases or one lease or -- is there one for the mobile

 2          home itself and one for the lot?

 3    A.    There's a site lease and a home lease.

 4    Q.    Okay.  And site lease means what I'm referring to as

 5          like a lot?

 6    A.    Yes.  They rent the site.

 7    Q.    They rent the site.  So there's a legal description

 8          that is associated with the site?

 9    A.    Yes.

10    Q.    Okay.  All right.  And are you familiar with the types

11          of contracts for debt collection services that Sun

12          Homes enters into as part of its business?

13    A.    The agreement with the collection agencies are you

14          referring to?

15    Q.    Yes.

16    A.    I'm not too familiar with them, no.

17    Q.    All right.  Do you know, as far as the collection of

18          any -- I'm just going to use the word debt -- it means

19          monies that are alleged to be owed -- I mean, so even

20          if the tenant says, "No, I don't owe that," I'm going

21          to use the word debt, okay, because it's alleged to be

22          owed, okay, so when there is a debt that has gone past

23          the 30 days, as far as Michigan goes, what collection

24          agency does Sun Homes use to try to collect that debt?

25    A.    We currently have four collection agencies.
```

BOIK, MICHELE
05/25/2018                                                                    Page 10

```
 1   Q.   Okay.

 2   A.   Account Adjustment Bureau, which we call AAB, Rent

 3        Recover, PBC, and there's and there's a new one called

 4        Fishman Group.

 5   Q.   Fishman Group is a father and son team of lawyers?

 6   A.   I believe so.  That's the newest one we just recently

 7        entered so I'm not exactly --

 8   Q.   And Rent Recover is like Rent Recover NOI -- Hang on.

 9        Let me -- Rent Recover of Better NOI, LLC?

10   A.   Yes.

11   Q.   Do you know whether or not your company is going to

12        have a continued relationship with Rent Recover of

13        Better NOI, LLC after the end of this month?

14   A.   I don't know.

15   Q.   They haven't notified you about any dissolution of

16        that company?

17   A.   No.

18   Q.   As far as AAB goes, who is the person at AAB that you

19        communicate with?

20   A.   There's three individuals there.

21   Q.   Okay.  And who are those three individuals?

22   A.   Pat Sommerville, Leah Hoults, I believe her last name

23        is, and Heather Ackers.

24   Q.   And what is -- Do You Know Pat Sommerville's title?

25   A.   I believe he's the manager or director.
```

BOIK, MICHELE
05/25/2018                                                                 Page 12

```
 1   Q.   Do you know how long Sun Homes has retained -- Strike

 2        that.  Do you know how many years back or when the

 3        relationship first started between Sun Homes and AAB

 4        Services?

 5   A.   I've been with the company, with Sun Homes for nine

 6        years so I believe it was before that even.

 7   Q.   Okay.  So a good 9 years at the minimum?

 8   A.   Yes.

 9   Q.   Great.  Does Sun Homes contract directly then with AAB

10        for collection services?

11   A.   Yes.

12   Q.   And the same thing with Rent Recover?  They contract

13        directly for Rent Recover services?

14   A.   Yes.

15   Q.   Does Sun Homes for any of these debts that are

16        outstanding contract directly with any law firms to

17        try and collect those debts?

18   A.   Can you repeat the question?

19   Q.   Sure.  To your knowledge, in your position, does AAB

20        contract directly with law firms to hire law firms to

21        attempt to collect debts on behalf of Sun Homes?

22   A.   Our contract is with the collection agency and if they

23        cannot pursue the debt, then they, they turn it over

24        to legal counsel to pursue the debt.  And file suit.

25   Q.   Once a -- Let's just say an account.  It's a debt but
```

```
 1                    MR. WILLIAMS:  Yeah.

 2    BY MR. WARNER:

 3    Q.   What is the -- what is Exhibit D that we have here,

 4         that we've marked as Exhibit D?  What type of document

 5         is this?

 6    A.   It's a suit authorization.  It's us giving permission

 7         to the collection agency to file suit on the past debt

 8         of Robert Huff and then it states the amount there.

 9    Q.   Okay.  And is this a document that would have been

10         created by AAB?

11    A.   Yes.

12    Q.   Okay.  And do you know if Sun Homes did any legal

13         analysis or, of this form called Suit Authorization,

14         Exhibit D?

15    A.   I don't understand what you mean by legal analysis.

16    Q.   Well, do you know if anybody at Sun Homes would have

17         taken this document to an attorney to look at it and

18         say, "Can you please tell me what this means?  We're

19         asked to sign a suit authorization here"?

20    A.   No.

21    Q.   Okay.  Can you look under the suit authorization --

22         there are three sentences.  Can you read me the third

23         sentence and then tell me what it means?

24                    MR. WILLIAMS:  Can you just point out what

25         it starts with so we know we're looking at the same
```

BOIK, MICHELE
05/25/2018                                                               Page 22

```
 1        authorization documents that were in the form -- I'm

 2        just saying form -- they're a form document, right;

 3        would you agree?

 4   A.   Yes.

 5   Q.   So those prior form documents with authorizations,

 6        would you sign -- before you signed the first one,

 7        what was your understanding of what was being signed?

 8   A.   I would confirm the resident was correct and the

 9        amount of the debt was correct.

10   Q.   Okay.  And that was -- in your job position, that was

11        something that you would want to do to insure the

12        accuracy of what the former tenant was going to be

13        sued for; correct?

14   A.   Yes.

15   Q.   Okay.  There's a paragraph underneath -- There's

16        Williams' name and in all caps it says Assignment and

17        Appointment of Attorney.  And can you read that first

18        sentence to me and then tell me what the meaning of

19        that sentence is, starting with the word "for and"?

20   A.   "For and in consideration the promise of Account

21        Adjustment Bureau, a licensed debt collection agency,

22        to undertake the collection of certain" amount, "of

23        certain money," excuse me, "certain money due us, I,

24        we, hereby irrevocably assign and transfer to the said

25        Account Adjustment Bureau, Inc."
```

BOIK, MICHELE
05/25/2018                                                                      Page 23

```
 1   Q.    What does that mean?

 2   A.    I believe and it's my understanding that we are

 3         assigning this debt to Account Adjustment Bureau.

 4   Q.    The title and the rights to collect it; correct?

 5   A.    Yes.

 6   Q.    Okay.  And have you -- I'm going to mark this as

 7         Exhibit E.

 8                   MARKED FOR IDENTIFICATION:

 9                   DEPOSITION EXHIBIT E

10                   11:29 a.m.

11   BY MR. WARNER:

12   Q.    I apologize for the poor copy but this is how it's

13         been received.

14   Q.    And do you know whose signature would be on this

15         document?

16   A.    It's hard to read.

17   Q.    I know.  I could read yours.  I could definitely read

18         yours.  You have nice handwriting.

19   A.    Thank you.  I believe that is Victoria Cox.

20   Q.    I would agree.  It looks like a V and a short letter

21         so --  What does Victoria Cox do at Sun Homes?

22   A.    She's no longer with the company.  She was a former

23         loss mitigation representative.

24   Q.    Okay.  Going back to the -- This looks like a form

25         that we talked about before, a form you would have
```

BOIK, MICHELE
05/25/2018                                                                    Page 24

```
 1         signed before; correct?

 2    A.   Yes.

 3    Q.   If you want to go back up to the third sentence, or

 4         the first paragraph under the Suit Authorization, if

 5         you can read that to me.

 6    A.   "Please complete this form by signing, dating and

 7         returning to our office as soon as possible."

 8    Q.   So this looks nor like a complete form; correct?

 9    A.   Yes.

10    Q.   So somehow -- would it be a fair statement that

11         sometime between July 1st and September 29th somebody

12         changed, somebody probably at Account Adjustment

13         Bureau changed the forms?  The form of the form was

14         changed?

15    A.   Yes, they are different.

16    Q.   Right.  The purpose and the meaning that we have just

17         talked about is the same in the two forms; correct?

18    A.   Yes, correct.

19    Q.   Are you familiar at all with the types of leases that

20         Sun Homes uses in Michigan?

21    A.   Yes.

22    Q.   And are those also -- I'll say forms -- they're pretty

23         much the same; maybe the name changes of the location,

24         the tenant's name changes, maybe the terms of the

25         amount of rent paid changes?  That's what I mean by
```

BOIK, MICHELE
05/25/2018                                                                    Page 25

```
 1        like a form.

 2   A.   Yes.

 3   Q.   Okay.  And so other than, you know, for example, like

 4        name, location, renter's name, amounts of rent, the

 5        other terms and conditions would not vary from lease

 6        to lease?

 7   A.   Right.

 8   Q.   Okay.

 9   A.   Yes.

10                  MR. WARNER:  Mark this as Exhibit F.

11                  MARKED FOR IDENTIFICATION:

12                  DEPOSITION EXHIBIT F

13                  11:32 a.m.

14   BY MR. WARNER:

15   Q.   And have you seen the document that we've marked as

16        Exhibit F before?

17   A.   Yes.

18   Q.   Okay.  And is that your signature on the, on the

19        document?

20   A.   Yes.

21   Q.   I should know that.  It looks nice.  I can read it.

22        It's like the other one.  Have you -- What did you do

23        before signing this affidavit, if you can remember,

24        regarding -- Well, first of all -- Strike that.  First

25        of all, do you know what this affidavit refers to?
```