**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

ROBERT HUFF, individually and
on behalf of similarly situated persons,

        Plaintiff,

v.

VELO ASSOCIATES, PLC, et al.

        Defendants.

_____/

Case Number: 17-13556

Hon. Sean F. Cox

**NOTICE OF VOLUNTARY DISMISSAL OF CORPORATE DOES 1-20**

**NOW COMES,** Plaintiff Robert Huff, by and through his counsel, and pursuant to Rule 41(a)(1)(A)(i) dismisses, without prejudice, Defendants Corporate Does 1-20, identified in the Complaint as, companies owned by RENNER, or Mr. Renner's wife related to the operation of VELO and RENNER's law practice, that are purposefully used to reduce VELO's and/or RENNER's net worth.

Respectfully Submitted,

/s/ Curtis C. Warner
Curtis C. Warner

| | |
|---|---|
| CURTIS C. WARNER (P59915) | JOHN EVANCHEK (P66157) |
| WARNER LAW FIRM, LLC | KELLEY & EVANCHEK, PC |
| 350 S. Northwest Hwy., Ste. 300 | 43695 Michigan Ave. |
| Park Ridge, IL 60068 | Canton, Michigan 48188 |
| (847) 701- 52901 | (734) 397-4540 |
| cwarner@warner.legal | John@kelawpc.com |

## CERTIFICATE OF SERVICE

I hereby certify that on **February 13, 2019**, I filed electronically the foregoing

paper above with the Court using the Court's ECF system, which will automatically

send notice to all counsel of record that has so appeared:

Charity A. Olson (P68295)
OLSON LAW GROUP
PO Box 64
Hartland, MI 48353
colson@olsonlawpc

Randall J. Groendyk (P37196)
Paul A. Albarran (P82031)
VARNUM LLP
P.O. Box 352
Grand Rapids, MI 49501-0352
(616) 336-6000
rjgroendyk@varnumlaw.com

Respectfully submitted,
/s/ Curtis C. Warner
     Curtis C. Warner

Curtis C. Warner (P59915)
Warner Law Firm, LLC
350 S. Northwest Hwy., Ste. 300
Park Ridge, IL 60068
(847) 701- 5290
cwarner@warner.legal