UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Robert Huff,

            Plaintiff(s),

v.

Velo Associates, PLC. et al.,

           Defendant(s).
_____/

Case No. 17-13556

Judge  Sean F. Cox

Magistrate Judge  Elizabeth A. Stafford

## NOTICE OF CORRECTION

Docket entry number __47__, filed __February 28, 2019__, has been modified.  The explanation for the correction is stated below.

- [ ] The docket entry was made on the wrong case.
- [ ] The corresponding document image was missing or incomplete.
- [x] The wrong document image was associated.
- [ ] The wrong judicial officer was listed on the case docket.
- [ ] The filer information was inaccurate or omitted from the docket text.
- [ ] The judicial officer information was inaccurate or omitted from the docket text.
- [ ] The docket text was changed to include the Partial Payment Order.
- [ ] Other:

If you need further clarification or assistance, please contact __Jennifer McCoy__ at __(313) 234-2653__.

DAVID J. WEAVER, CLERK OF COURT

Dated: March 6, 2019

s/Jennifer McCoy
Deputy Clerk