UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Robert Huff

    Plaintiff,

v.

Velo Associates, PLC., *et al.*,

    Defendants.

_____/

Case No. 17-13556

Hon. Sean F. Cox

## ORDER OF DISMISSAL

The parties having placed a ~~settlement~~ resolution [SFC] of this action on the record on this date,

**IT IS ORDERED** that this action is hereby **DISMISSED WITHOUT PREJUDICE.**

**IT IS SO ORDERED.**

_____
Sean F. Cox
United States District Judge

Dated: 2/28/2019

Approved as to
form and substance:

_Curtis Warner_     CURTIS WARNER
Attorney for Plaintiff (s)    (Please sign and print)

_[signature]_    Paul A. Alberzán
Attorney for Defendant (s)    (Please sign and print)